UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

D'WANNA WILLIAMS,
an individual,

    Plaintiff,

vs.

                                      CASE NO: 2:20-CV-01839-KOB

BUDDY'S B.B.Q., INC.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, D'Wanna Williams, and Defendant, Buddy's B.B.Q., Inc., by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal With Prejudice. The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

Respectfully submitted this the 18th day of January, 2021.

Edward I. Zwilling, Esq.
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama, 35242
Telephone: (205) 822-2701
Email: edwardzwilling@zwillinglaw.com

By: _____
    Edward I. Zwilling

John E. Medaris, Esq.
230 Bearden Road
Pelham, AL 35124
Telephone: (205) 663-1584
Email: nmedaris@earthlink.net

By: _____
    John E. Medaris

1