IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **D'WANNA WILLIAMS,** | ] |
| **Plaintiff,** | ] |
| v. | ]   2:20-cv-1839-KOB |
| **BUDDY'S B.B.Q., INC.,** | ] |
| **Defendant.** | ] |

## ORDER

The court, having received the Joint Stipulation of Dismissal With Prejudice (doc. 7), DISMISSES this action WITH PREJUDICE. The court specifically RETAINS JURISDICTION for purposes of enforcing the settlement agreement entered into between the parties.

Except as set forth in the settlement agreement, each party shall bear her or its own costs.

DONE and ORDERED this 19th day of January, 2021.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE